

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00273-CR

Mark Henry **BENAVIDES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7193
Honorable Dick Alcala, Judge Presiding

## O R D E R

According to our records, appellant is currently represented by attorneys Angela J. Moore and Liza Ann Rodriguez. On July 5, 2018, appellant filed a motion asking to remove Ms. Moore and Ms. Rodriguez as counsel and substitute new retained attorneys Paul Belew and David Singleton. The motion was signed by appellant. After review, we **GRANT** appellant's motion to substitute counsel and **ORDER** Angela J. Moore and Liza Ann Rodriguez removed as counsel in this matter. We further **ORDER** attorneys Paul Belew and David Singleton to be substituted in as counsel for appellant.

We **order** the clerk of this court to serve a copy of this order on the trial court, Angela J. Moore, Liza Ann Rodriguez, Paul Belew, David Singleton, the district clerk, and all court reporters.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

KEITH E. HOTTLE,
Clerk of Court